IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH PHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK ET AL.,<br><br>　　　　Defendants | No. C 13-04209 CRB<br><br>**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related." In reviewing the complaint (dkt. 1), it has come to the Court's attention that this action appears to be related to the earlier-filed case, <u>Pham v. JPMorgan Chase Bank et al.</u>, 12-6579-JSW. Accordingly, pursuant to Rule 3-12(c), this action is REFERRED to the Honorable Judge Jeffrey S. White for a determination of whether this action is related to <u>Pham v. JPMorgan Chase Bank et al.</u>, 12-6579-JSW.

**IT IS SO ORDERED.**

Dated: October 8, 2013

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE