**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    DINAH PHAM, PAULA BERNAL, MARY F.
     BAILEY, on their behalf and on behalf of
10   those similarly situated,                          No. C 13-04209 JSW

11               Plaintiffs,
                                                        **ORDER VACATING HEARING**
12       v.

13   JPMORGAN CHASE BANK, N.A., et al.

14               Defendants.
                                                    /
15

16          Now before the Court is the motion to remand the action to state court filed by Plaintiffs

17   Dinah Pham, Paula Bernal, and Mary F. Bailey on behalf of themselves and a class of similarly

18   situated persons (collectively "Plaintiffs").  The Court finds this matter is appropriate for

19   disposition without oral argument and it is hereby deemed submitted.  *See* N.D. Civ. L.R. 7-

20   1(b).  Accordingly, the Court VACATES the hearing scheduled for January 17, 2014, and it

21   shall issue a written ruling in due course.

22          **IT IS SO ORDERED.**

23   Dated: January 14, 2014                        _____
                                                    JEFFREY S. WHITE
24                                                  UNITED STATES DISTRICT JUDGE

25

26

27

28